**Signed: August 31, 2009**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: Desmond Arnel Gumbs

Case Number: 09-47259 LT

Chapter:11

Debtor(s)/

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated, **08/12/2009**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All Recipients