Entered on Docket
September 18, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
MARK K. OTO, SBN 100058
ERIK R. JONES SBN 121573
Law Offices of Mark K. Oto
255 N. Market Street, #260
San Jose, California  95110
Tel.: (408) 993-0303

Attorney for Movant
RONALD P. THOMPSON AND PAMELA J.
THOMPSON AS TRUSTEES OF THE
RONALD P. THOMPSON AND PAMELA J.
THOMPSON TRUST DATED MAY 29, 1990
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DESMOND ARNEL GUMBS<br><br>       Debtor,<br>_____<br><br>RONALD P. THOMPSON AND PAMELA J. THOMPSON AS TRUSTEES OF THE RONALD P. THOMPSON AND PAMELA J. THOMPSON DATED MAY 29, 1990<br><br>       Moving Party,<br><br>v.<br><br>DESMOND ARNEL GUMBS<br><br>       Respondent.<br>_____ | CASE NO. 09-47259 LJT<br>CHAPTER 11<br><br>R.S. MKO-75 LJT<br><br><br>ORDER CONFIRMING THAT NO AUTOMATIC STAY EXISTS; IN REM RELIEF AND ORDER BINDING UPON DEBTOR AND TRANSFEREES/OWNERS; RELIEF UNDER 11 U.S.C. §362(D)(4)<br><br><br>Date: September 18, 2009<br>Time: 11:00 a.m.<br>Judge: Tchaikovsky<br>PLACE: 1300 Clay St.<br>       Courtroom 201<br>       Oakland, CA  94612 |

MKO.Gumbs.Ord

ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY

1

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

The Motion for Relief from Automatic Stay by Ronald P. Thompson and Pamela J. Thompson as Trustees of the Ronald P. Thompson and Pamela J. Thompson Trust Dated May 29, 1990 ("Movant") came on regularly for hearing on August 28, 2009, at 11:00 a.m., before the Honorable Leslie Tchaikovsky, Judge of the United States Bankruptcy Court. Mark K. Oto appeared on behalf of Movant. Any appearance by Debtor, Desmond Gumbs, is noted on the record.

Having considered the arguments set forth in the moving papers and the statements of those appearing before the Court, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Movant's Motion for Relief from Automatic Stay is hereby granted as to the Debtor's Bankruptcy Estate.

2. This Order is to confirm that there is no Automatic Stay under 11 U.S.C. §362(C)(4)(A)(1) in effect as to Debtor, Desmond Gumbs, as this is the fourth case filed by the Debtor within 1 year.

3. This Order allows Movants' Ronald P. Thompson and Pamela J. Thompson as Trustees of the Ronald P. Thompson and Pamela J. Thompson Trust Dated May 29, 1990, to recover possession, foreclose upon and sell the real properties commonly known as 4291 Silver Meadow Court, Danville, CA 94506 and 923 Eagle Ridge Dr. Danville, CA 94506, for all purposes, including, but not limited to, completing a foreclosure on the

Properties, commencing or continuing with any Unlawful Detainer action required for removal of any and all occupants from said Properties, or any other action to enforce Movant's interest as permitted by State Law or the contract between the parties.

4. This Order is herein made binding upon the Debtor and the real properties herein, as well as any transferees of the Debtor, for a period of 2 years. A certified copy of this Order may be recorded.

5. The 10-Day Stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

Dated: September 18, 2009

*Leslie Tchaikovsky*
Leslie Tchaikovsky
Judge of the United States
Bankruptcy Court

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

MFI.Gumbs.Ord

ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY

3

Case: 09-47259   Doc# 26   Filed: 09/20/09   Entered: 09/20/09 21:19:39   Page 3 of 5

**COURT SERVICE LIST**

Desmond Arnel Gumbs
923 Eagles Ridge Dr.
Danville, CA 94506
(Debtor/Pro SE)


U.S. Trustee
Office of U.S. Trustee/OAK
Office of the U.S. Trustee
1300 Clay St. #690N
Oakland, CA 94612

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

MKL.Gumbs.Ord

ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY

4

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: pwright            Page 1 of 1              Date Rcvd: Sep 18, 2009
Case: 09-47259                Form ID: pdfeoc          Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 20, 2009.
db            +Desmond Arnel Gumbs,   923 Eagle Ridge Dr.,   Danville, CA 94506-5870

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2009**                    Signature:    *Joseph Speetjens*